**WASHINGTON MOTOR SALES, PLAINTIFF-RESPONDENT, v. OLUWOLE FERREIRA, DEFENDANT-APPELLANT.**

Argued September 20, 1977—Decided December 14, 1977.

*Mr. Jonathan I. Epstein,* of Newark Legal Services, argued the cause for appellant.

*Mr. Peter A. Forgosh* argued the cause for respondent (*Messrs. Eichler and Forgosh,* attorneys; *Mr. Roger R. Gottilla,* on the brief).

Legal Services of New Jersey, Inc. and *Messrs. Ernest L. Sarason, Jr.* and *Willard P. Ogburn* of the Massachusetts bar, submitted a brief on behalf of *amicus curiae* National Law Center, Inc. (*Mr. Harris David,* Legal Services of New Jersey, Inc., attorney).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in the opinion of the Appellate Division, 140 *N. J. Super.* 529.

*For affirmance*—Chief Justice HUGHES and Justices MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD, SCHREIBER and HANDLER—7.

*For reversal*—None.